```
1  LAWRENCE G. BROWN
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2723

5  Attorneys for Plaintiff
   United States of America
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,   )   2:09-CV-02221-FCD-KJM
                               )
12         Plaintiff,          )   **APPLICATION AND ORDER FOR**
                               )   **PUBLICATION**
13     v.                      )
                               )
14 APPROXIMATELY $24,790.00 IN )
   U.S. CURRENCY,              )
15                             )
           Defendant.           )
16 _____)
```

17      The United States of America, Plaintiff herein, applies for
18 an order of publication as follows:
19      1.  Rule G(4) of the Supplemental Rules for Admiralty or
20 Maritime Claims and Asset Forfeiture Actions (hereafter
21 "Supplemental Rules") provides that the Plaintiff shall cause
22 public notice of the action to be given in a newspaper of general
23 circulation or on the official internet government forfeiture
24 site;
25      2.  Local Rule 83-171, Eastern District of California,
26 provides that the Court shall designate by order the appropriate
27 newspaper or other vehicle for publication;
28 /////

1      3.   The defendant Approximately $24,790.00 in U.S. Currency (hereafter "defendant currency") was seized in the city of Tracy, in San Joaquin County, California.  The Drug Enforcement Administration published notice of the non-judicial forfeiture of the defendant currency on May 4, 11 and 18, 2009, in *The Wall Street Journal*.

       4.   Plaintiff proposes that publication be made as follows:

            a.   One publication;

            b.   Thirty (30) consecutive days;

            c.   On the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov);

            d.   The publication is to include the following:

                 (1)  The Court and case number of the action;

                 (2)  The date of the seizure/posting;

                 (3)  The identity and/or description of the property seized/posted;

                 (4)  The name and address of the attorney for the Plaintiff;

                 (5)  A statement that claims of persons entitled to possession or claiming an interest pursuant to Supplemental Rule G(5) must be filed with the Court and served on the attorney for the Plaintiff no later than 60 days after the first day of publication on the official internet government forfeiture site; and

                 (6)  A statement that answers to the Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days after

///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: August 5, 2009                LAWRENCE G. BROWN
                                     United States Attorney


                                     /s/ Kristin S. Door
                                     KRISTIN S. DOOR
                                     Assistant U.S. Attorney


**ORDER**

  IT IS SO ORDERED.

Dated:  August 19, 2009.


_____
U.S. MAGISTRATE JUDGE