```
LAWRENCE G. BROWN
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $24,790.00 IN<br>U.S. CURRENCY,<br><br>          Defendant. | 2:09-cv-2221 FCD-KJM<br><br>JOINT STIPULATION AND ORDER<br>FOR STAY<br><br><br><br>DATE: N/A<br>TIME: N/A<br>COURTROOM: N/A |

   Plaintiff United States of America and claimants Sartaj Singh and Gurjit Kaur submit the following Joint Request for Stay and request that the Court enter an order staying all further proceedings in this civil forfeiture action until the proceedings in the related criminal case, U.S. v. Sartaj Chahal et al., 2:09-cr-125 FCD, have concluded.  The parties request this stay for the following reasons:

   1.   The parties request this stay pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2).  The United States contends that the defendant currency is forfeitable to the United States because it is the proceeds of drug trafficking.  The details of the underlying criminal investigation are set forth in the Verified

Complaint for Forfeiture <u>In</u> <u>Rem</u> filed on August 11, 2009. Claimants deny these allegations.

 2. The defendant currency was seized on or about March 4, 2009, at claimants' residence in Tracy, California, during the execution of a federal search warrant.

 3. The United States intends to depose claimants about the claims they filed in this case and the facts surrounding claimant Chahal's alleged involvement in the distribution of MDMA ("Ecstasy") and the seizure of the defendant currency. If discovery proceeds, claimant Chahal would be placed in the difficult position of either invoking his Fifth Amendment right against self-incrimination and losing the ability to protect his alleged interest in the defendant property, or waiving his Fifth Amendment right and submitting to a deposition and potentially incriminating himself in the pending criminal matter. If claimant invokes his Fifth Amendment right, the United States will be deprived of the ability to explore the factual basis for the claim he filed in this action.

 4. In addition, claimants intend to depose law enforcement officers who were involved in underlying drug-trafficking investigation, and the execution of the federal search warrant at the claimants' residence. Allowing depositions of these officers would adversely affect the ability of the federal government to properly prosecute the case.

 5. Accordingly, the parties recognize that proceeding with this action at this time has potential adverse affects on the prosecution of the related-criminal case and/or upon claimants' ability to prove their claims to the property and to contest the

government's allegations that the property is forfeitable.

6. For these reasons, the parties jointly request that this matter be stayed until the related criminal case has concluded. Within 30 days after the conclusion of the related criminal case claimants will file their Answer to the Verified Complaint for Forfeiture In Rem, and the parties will submit a joint status report addressing the matters set forth in the August 11, 2009, Order Requiring Joint Status Report.

Dated: October 27, 2009       LAWRENCE G. BROWN
                              United States Attorney

                        By    /s/ Kristin S. Door
                              KRISTIN S. DOOR
                              Assistant U.S. Attorney

Dated: October 27, 2009       /s Emmanuel Enyinwa
                              EMMANUEL ENYINWA
                              Attorney for claimants
                              Sartaj Chahal and Gurjit Kaur

                              (Original signatures retained in
                              Plaintiff's file)

**ORDER**

For the reasons set forth above, this matter is stayed pursuant to 18 U.S.C. §§ 981(g)(1) and 981(g)(2) until the conclusion of the related criminal case. Within 30 days after the criminal case has concluded claimants will file their Answer to the Verified Complaint for Forfeiture In Rem, and the parties will submit a joint status report addressing the matters set forth in the August 11, 2009, Order Requiring Joint Status Report.

IT IS SO ORDERED.

Dated: October 28, 2009       _____
                              FRANK C. DAMRELL, JR.
                              UNITED STATES DISTRICT JUDGE