PHILLIP A. TALBERT
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:09-CV-02221-KJM-DB |
|---|---|
| Plaintiff, | |
| v. | FINAL JUDGMENT OF FORFEITURE |
| APPROXIMATELY $24,790.00 IN U.S. CURRENCY, | |
| Defendant. | |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $24,790.00 in U.S. Currency (hereafter "defendant currency") seized on or about March 4, 2009.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on August 11, 2009, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On August 12, 2009, the Clerk issued a Warrant for Arrest for the defendant currency, and that warrant was executed on August 14, 2009.

4. Beginning on August 22, 2009, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on September 25, 2009.

5. In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a. Sartaj Chahal
    b. Gurjit Kaur
    c. Harry Transport, LLC

6. Claimants Sartaj Chahal and Gurjit Kaur filed an unsigned Notice of Claim on October 1, 2009. No Answer was filed. A Stay was entered on October 28, 2009, staying the case pending the resolution of the related criminal case, United States v. Sartaj Chahal, et al., 2:09-CR-00125-GEB and related appeal. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7. On April 20, 2010, a jury found Sartaj Chahal guilty of conspiracy to distribute MDMA and possession with intent to distribute MDMA in United States v. Sartaj Chahal, et al., 2:09-CR-00125-GEB. Mr. Chahal filed a Notice of Appeal on October 19, 2011. Mr. Chahal's conviction was affirmed on April 15, 2014, and the Mandate was filed on May 28, 2014.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1. Judgment is hereby entered against claimants Sartaj Chahal and Gurjit Kaur, and all other potential claimants who have not filed claims in this action.

2. All right, title, and interest of Sartaj Chahal and Gurjit Kaur in the defendant Approximately $24,790.00 in U.S. Currency, together with any interest that may have accrued on the total amount seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

3. The United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure or forfeiture of the defendant currency. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure or forfeiture, as well as to those now known or disclosed. Claimants waived the provisions of California Civil Code § 1542.

4. All parties are to bear their own costs and attorneys' fees.

1  5. The U.S. District Court for the Eastern District of California, Hon. Kimberly J. Mueller, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

6. Based upon the allegations set forth in the Complaint filed August 11, 2009, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 4th day of October, 2016.

_____
UNITED STATES DISTRICT JUDGE